GERALD SINGLETON (SBN 208783)
BRODY A. McBRIDE (SBN 270852)
SINGLETON LAW FIRM, APC
115 West Plaza Street
Solana Beach, CA 92075
Tel: (760) 697-1330
Fax: (760) 697-1329
Email: gerald@geraldsingleton.com
brody@geraldsingleton.com

MARC APPLBAUM, (SBN 222511)
KETTNER LAW CORP
2150 West Washington Street, Suite 104
San Diego, CA 92110
Tel: (619) 756-7300
Fax: (619) 363-3944
Email: marc@kettnerlawcorp.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

GODOLYA BOND,

Plaintiff,

v.

CITY OF SAN DIEGO, San Diego Police Officer SARAH SUTTER, San Diego Police Officer JOELLE LUEDEKE,

Defendants.

CASE NO. 16-cv-2420-BEN-WVG

**JOINT MOTION TO DISMISS CASE**

[Fed.R.Civ.P. Rule 41(a)(2)]

TO: THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

The parties have agreed to a settlement that resolves this case in its entirety. Accordingly, pursuant to the parties' settlement agreement, the parties hereby jointly move the Court for an order dismissing this case under Federal Rules of Civil Procedure,

Rule 41(a)(2), against all defendants (i.e., CITY OF SAN DIEGO, San Diego Police Officer SARAH SUTTER, and San Diego Police Officer JOELLE LUEDEKE). Notwithstanding any attorney fees or litigation costs that may be included in the settlement amount, all parties are to bear their own fees and costs.

Respectfully submitted,

Dated: March 30, 2017 SINGLETON LAW FIRM, APC

By: */s/ Brody McBride*______
Brody A. McBride, Esq.
Attorneys for Plaintiff

Dated: March 30, 2017 CITY OF SAN DIEGO

By: */s/ Kelly McGeehan*______
Jan Goldsmith, Esq.
David Karlin, Esq.
Kelly McGeehan, Esq.
Attorneys for Defendants

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies & Procedures Manual, I hereby certify that the contents of this document are acceptable to Kelly McGeehan, counsel for Defendants, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: March 30, 2017 SINGLETON LAW FIRM, APC

By: */s/ Brody McBride*______
Brody A. McBride, Esq.
Attorneys for Plaintiff